IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 4:18-CR-3162 |
| vs. | |
| BRIAN JOSEPH BOWDER, | ORDER |
| Defendant. | |

Counsel has appeared on the defendant's behalf and filed a motion for compassionate release (filing 77) pursuant to 18 U.S.C. § 3582(c)(1)(A), which permits a defendant (after exhausting administrative remedies) to move for reduction of a term of imprisonment based upon "extraordinary and compelling reasons." Accordingly,

IT IS ORDERED:

1. Gregory C. Damman is appointed to represent the defendant for the limited purpose of determining whether there are extraordinary and compelling reasons to reduce the defendant's term of imprisonment.

2. The Office of U.S. Probation and Pretrial Services is authorized to disclose Presentence Investigation Reports and materials obtained from the Bureau of Prisons, including medical records, to the defendant's counsel and the United States Attorney for the purpose of evaluating the

      defendant's motion. In accordance with the policy of the Federal Bureau of Prisons, no Presentence Investigation Report shall be provided to inmates.

3. The Office of U.S. Probation and Pretrial Services shall promptly conduct a compassionate release investigation, prioritizing the collection of medical records relevant to the defendant's claim.

4. The Office of U.S. Probation and Pretrial Services shall, as soon as the defendant's medical records are obtained, file those records as sealed documents in this case, and provide copies to counsel for the parties. The compassionate release investigation report shall, when complete, be filed as a restricted document in this case, and be provided to counsel for the parties.

5. The government shall respond to the defendant's motion for compassionate release within 14 days after the filing of the compassionate release investigation report. The defendant may file a reply brief within 7 days after the government's response is filed, at which time the matter is submitted.

6. The Clerk of the Court shall set a case management deadline for May 23, 2025 with the following docket text: Check for medical records and compassionate release investigation report.

7.  The Clerk of the Court shall provide a copy of this order to Supervising U.S. Probation Officer Brandon Maxon.

Dated this 23rd day of April, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

- 3 -